

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AT

F. #2025R00296

*610 Federal Plaza*

*Central Islip, New York 11722*

March 12, 2026

<u>By ECF</u>

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:  United States v. Qiuju Wu
> <u>Criminal Docket No. 26-34 (NJC)</u>

Dear Judge Choudhury:

In advance of the status conference scheduled in the above-captioned matter on March 17, 2026 at 2:30 p.m., the government respectfully submits this letter to notify the Court that if the defendant does not plead guilty on that date, the government intends to request an exclusion of time under the Speedy Trial Act during the conference. As the Court is aware, the defendant was arrested by complaint on September 8, 2025. On February 18, 2026, the government filed a notice informing the Court that it would move this Court for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure. <u>See</u> ECF No. 25. Thereafter, a change of plea hearing was scheduled for February 25, 2026. Ultimately, on February 25, 2026, a change of plea hearing did not proceed.

Since February 25, 2026, the parties have been – and are currently – engaged in plea negotiations to resolve this matter short of trial. If no change of plea hearing takes place on March 17, 2026, the government intends to request an adjournment of this matter and an exclusion of time under the Speedy Trial Act to a date that is agreeable to the Court in approximately 30

days so that the parties can continue to engage in plea negotiations and for the defense to continue to prepare for a change of plea hearing.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/
Adam R. Toporovsky
Assistant U.S. Attorney
(631) 715-7846

cc:   Clerk of Court (NJC) (by E-mail and ECF)
Defense Counsel (by E-mail and ECF)

2