# THE KASEN LAW FIRM, PLLC
## ATTORNEYS AT LAW

LAWRENCE M. KASEN, Member*(retired)  
FANG LIU, Member**  
LOUIS HENRY KLEIN (Partner) ***  
ALEKSANDER B. MILCH (Partner)****  
ROBERT J. ADINOLFI (Partner) ****  
CHENCHEN YAN****  
CHIA-LING LEE*****  
JIAYE LIU****  

\*        Admitted in NY and SC  
\*\*       Admitted in NY and NJ  
\*\*\*      Admitted in NY and CT  
\*\*\*\*     Admitted in NY  
\*\*\*\*\*    Admitted in MO  

March 13, 2026

Via Certified Mail to  
Honorable Nusrat J. Choudhury  
United States District Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722  

RE:     United States v. Qiuju Wu  
        Criminal Docket No. 26-34 (NJC)

Dear Judge Choudhury,

This office represents the defendant Qiuju Wu in the above-referenced matter.

We have reviewed the letter from the U.S. Attorney's Office dated March 12, 2026, and we agree with it in all respects.

Very truly yours,

/s/ Robert Adinolofi

Robert Adinolfi, Esq.

Cc: Clerk of Court (NJC) (by E-mail and ECF)  
    Assistant U.S. Attorney (by E-mail and ECF)

13633 37ᵗʰ Avenue, Suite 9B • Flushing • New York • 11354  
Telephone: (718) 337-8012 • Telecopy: (718) 709-8850  
E-mail: contact@kasenlawfirm.com