

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:CSK                                    *271 Cadman Plaza East*
F. #2025R00296                            *Brooklyn, New York 11201*

April 20, 2026

By ECF
The Honorable Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                Re:    United States v. Qiuju Wu
                       Criminal Docket No. 26-34 (NJC)

Dear Judge Choudhury:

        Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Qiuju Wu, has agreed to in connection with her guilty plea before Your Honor on March 17, 2026.  The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

        Thank you for Your Honor's consideration of this submission.

                                        Respectfully submitted,

                                        JOSEPH NOCELLA, JR.
                                        United States Attorney

                                By:    /s/ Claire S. Kedeshian
                                        Claire S. Kedeshian
                                        Assistant U.S. Attorney
                                        (718) 254-6051

Encl.:  Order of Forfeiture
cc:     Counsel of Record (by ECF)