*** Filed ***
09:02 AM, 14 May, 2026
U.S.D.C., Eastern District of New York

Janon Fisher
Courts Reporter, Newsday
6 Corporate Center Drive
Melville, NY 11747
janon.fisher@newsday.com
(646) 591-8732

RECEIVED
May 14, 2026
PRO SE OFFICE

May 14, 2026

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Motion to unseal request the plea agreement in United States v. Qiuju Wu, 26-cr-34

Dear Judge Choudhury,

I respectfully request that the Court unseal or release the plea agreement between the U.S. Attorney's office in the Eastern District of New York and Qiuju Wu, who pleaded guilty to an information on March 17, 2026. During this hearing, your Honor marked the plea agreement as a court exhibit, making it a court record and therefore, in theory, accessible to the public. In reality, however, the document was not posted on ECF. The U.S. Attorney's office has not responded to an email request for the record.

Federal prosecutors accused Qiuju Wu, a Chinese national, of stealing $2.8 million, with the help of another man, Yinye Wang, from the bank account of JuanJuan Zwang and her husband, Peishan Fan. Fan and Zwang are a Long Island couple who went missing on March 31, 2024 from their home in Old Brookville. The whereabouts of Wang, Fan and Zwang are currently unknown. Wu pleaded guilty to conspiracy to commit bank fraud, count one of the information. The court has scheduled her sentencing hearing on July 1.

Under the Local Rules of the Eastern District of New York, documents are presumed to be open to the public unless the court orders otherwise. Specifically, Local Civil Rule 6.3 requires a party seeking to file a document under seal to obtain prior permission from the court. The party must demonstrate a compelling reason for sealing, and the court must make specific findings justifying the sealing. The mere presence of sensitive information does not suffice to overcome the presumption of public access. In this case, the U.S. Attorney's office has not requested that the record be sealed. They have unilaterally sealed the record by refusing to post it on the docket or release it to the public upon request.

Withholding the plea agreement between the government and Wu runs contrary to established legal standards and the principles of transparency in federal court proceedings.

I respectfully request that the Court unseal the Wu plea agreement in the interest of justice and public transparency.

Thank you for your consideration.
Sincerely,

s/
Janon Fisher
Courts Reporter, Newsday