THE KASEN AND LIU LAW FIRM, PLLC
ATTORNEYS AT LAW

LAWRENCE M. KASEN, Member*(retired)
FANG LIU, Member**
LOUIS HENRY KLEIN (Partner) ***
ALEKSANDER B. MILCH (Partner)****
ROBERT J. ADINOLFI (Managing Partner) ****
CHIA-LING LEE*****
JIAYE LIU****
KAI-HSUAN AI****

* Admitted in NY and SC
** Admitted in NY and NJ
*** Admitted in NY and CT
**** Admitted in NY
***** Admitted in MO

June 15, 2026

Honorable Nusrat J. Choudhury:
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

***Re:*** ***United States v. Qiuju Wu***
***Criminal Docket No. 26-34 (NJC)***

Dear Judge Choudhury,

The Government and Defendant Qiuju Wu respectfully submit this joint response pursuant to the Court's Order dated June 4, 2026 (ECF No. 37).

The parties have met and conferred regarding the request by non-party Jason Fisher for access to Defendant's plea agreement.

Consistent with the Court's Order, the defense reviewed the plea agreement to identify any specific information that, if publicly disclosed prior to sentencing, would impair the sentencing proceedings, prejudice Defendant's rights, or implicate any other higher value that might warrant continued sealing or redaction.

Following that review, given the specific facts and circumstances in this case, the parties have not identified any specific provision, language, or information contained within the plea agreement that, if disclosed, would impair the sentencing proceedings, prejudice Defendant's rights, or otherwise implicate a higher interest sufficient to warrant continued sealing or redaction. Additionally, given the specific facts and circumstances in this case, the parties have not identified any specific

136-33 37th Avenue, Suite 9B • Flushing • New York • 11354
Telephone: (718) 337-8012 • Telecopy: (718) 709-8850
E-mail: contact@kasenlawfirm.com

information requiring protection beyond any information otherwise subject to redaction under Fed. R. Crim. P. 49.1 or other applicable law.

Accordingly, the parties respectfully submit that they have not identified any specific information within the plea agreement that would justify continued sealing under the standards discussed in the Court's June 4, 2026 Order.

Thank you.

Very truly yours,

Louis H. Klein
Counsel for Qiuju Wu

and

/s/

**Adam R. Toporovsky**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
adam.toporovsky@usdoj.gov